# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Keisa Clark v. Bayer Corporation, et al.* | *No. 3:10-cv-12163-DRH-PMF* |
| *Beth Daniels v. Bayer Corporation, et al.* | *No. 3:10-cv-12754-DRH-PMF* |
| *Samantha Everson v. Bayer HealthCare Pharmaceuticals, et al.* | *No. 3:10-cv-10942-DRH-PMF* |
| *Tiffany McHenry v. Bayer Corporation, et al.* | *No. 3:10-cv-13253-DRH-PMF* |
| *Nikki Presley v. Bayer Corporation, et al.* | *No. 3:11-cv-10680-DRH-PMF* |
| *Melissa Stokes v. Bayer Corporation, et al.* | *No. 3:11-cv-11465-DRH-PMF* |
| *Jennifer Sweigart Graham v. Bayer Corporation, et al.* | *No. 3:11-cv-11656-DRH-PMF* |
| *Amanda Trinidad v. Bayer HealthCare Pharmaceuticals, et al.* | *No. 3:11-cv-11235-DRH-PMF* |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 14, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:___/s/*Sara Jennings*
     **Deputy Clerk**

Dated:  March 18, 2013

Digitally signed by
David R. Herndon
Date: 2013.03.18
16:50:00 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT